IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LATRICE WATERS,<br><br>         Plaintiff,<br><br>   v.<br><br>STATE OF DELAWARE, DEPARTMENT of PUBLIC SAFETY, LLOYD McCANN, ANDREW OSGOOD, and BRIAN HOLL,<br><br>         Defendants. | Civil Action No. 18-cv-266-RGA |

MEMORANDUM ORDER

Defendants argue that probable cause existed for the arrest/detention of Mr. Waters, but do not identify any particular Delaware criminal law(s) for which probable cause existed. (*See, e.g.*, D.I. 75 at 16, D.I. 86 at 6). Defendants are ordered to provide such identification(s) with citation to the relevant statute(s) by the close of business on July 16, 2020, and to correlate them with the assertions in their briefs.

IT IS SO ORDERED this 15th day of July 2020.

　　　　　　　　　　　　　　　　　　　　　　  /s/ Richard G. Andrews  
　　　　　　　　　　　　　　　　　　　　　　United States District Judge